|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CARPENTERS HEALTH AND WELFARE TRUST FOR SOUTHERN NEVADA, *et al.*, | 2:99-cv-00920-HDM-RJJ |
| Plaintiffs, | **ORDER** |
| vs. | |
| RYAN ANTHONY & ASSOCIATES, a Nevada Corporation, *et al.*, | |
| Defendants. | |

On November 10, 2005, this court entered an Order granting the plaintiffs' application for renewal of judgment. On December 6, 2005, nearly one month after this court entered its Order, Mehdi Owliaie ("Owliaie") untimely filed what is purported to be an opposition to the plaintiffs' application for renewal of judgment. Plaintiffs also allege that the purported opposition was never properly served upon them. The judgment is against Ryan Anthony & Associates, Inc. ("Ryan Anthony"), not Owliaie. Owliaie is not a named party to the action and has presented no evidence to establish that he is a proper party. The final decree in the bankruptcy action did not discharge this debt of Ryan Anthony.

1       Accordingly, for the reasons stated above, the court reaffirms
2  its Order of renewed judgment dated November 10, 2005 (Doc. #32).
3       It is so ORDERED.
4       Dated this 23rd day of December, 2005.

                                    _____
                                    SENIOR U.S. DISTRICT JUDGE